AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Western District of Texas

MARILYN CASTILLO, MELANIE MELENDEZ, and all others similarly situated under 29 USC § 216(b), )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 7:23-CV-00168-DC-RCG
HANDS OF COMPASSION HOME CARE, LLC, DEACONESS HEALTHCARE HOLDINGS, INC. and KAREN VAHLBERG, )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hands of Compassion Home Care, LLC
1030 Andrews Highway 203, Midland, Texas 79701
by serving its registered agent at
Capitol Services, Inc.,1501 S. Mopac Expy Ste 220
Austin, Texas 78746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Fernando M. Bustos and Brandon C. Callahan, Bustos Law Firm, P.C.
1001 Main Street, Suite 501, Lubbock, Texas 79401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 11/6/2023

*Signature of Clerk or Deputy Clerk*



Civil Action No. 7:23-CV-00168-DC-RCG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hands of Compassion Home Care, LLC
was received by me on *(date)* 11/07/2023 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kim Lopez , who is
designated by law to accept service of process on behalf of *(name of organization)* Capitol Services, Inc., as registered agent for Hands of Compassion Home Care, LLC on *(date)* 11/07/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/08/2023

Server's signature

Kevin Blandford, Process Server
*Printed name and title*

P.O. Box 937, Austin, Texas 78767
*Server's address*

Additional information regarding attempted service, etc: