IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MARILYN CASTILLO, MELANIE MELENDEZ, and all others similarly situated under 29 USC § 216(b),<br><br>  Plaintiffs,<br><br> vs.<br><br>HANDS OF COMPASSION HOME CARE, LLC, DEACONESS HEALTHCARE HOLDINGS, INC. and KAREN VAHLBERG,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 7:23-CV-00168-DC-RCG<br>)<br>)<br>)<br>)<br>)<br>) |

**AMENDED APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

Andrew S. Murphy of the law firm Taft Stettinius & Hollister LLP, is admitted or otherwise authorized to practice in this court, and hereby enters his appearance on behalf of Defendants Hands of Compassion Home Care, LLC Deaconess Healthcare Holdings, Inc. and Karen Vahlberg in this matter.

Dated: January 2, 2024          Respectfully submitted,

*/s/ Andrew S. Murphy*
Andrew S. Murphy, # 24080244
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 836-4145 – phone
(312) 754-2373 – fax
amurphy@taftlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Andrew S. Murphy*
Andrew S. Murphy

130468187v1