UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MARILYN CASTILLO and MELANIE MELENDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>HANDS OF COMPASSION HOME CARE, LLC; DEACONESS HEALTHCARE HOLDINGS, INC.; and KAREN VAHLBERG,<br><br>    Defendants. | Case No. 7:23-CV-00168<br><br>District Judge Counts<br><br>Magistrate Judge Griffin |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Hands of Compassion Home Care, LLC, submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Defendant's full name is Hands of Compassion Home Care, LLC.

2. Defendant's parent company is LifeSpring Home Care and Hospice, LLC, an Oklahoma LLC.

3. No publicly held corporation directly owns 10% or more of Defendant.

Date: January 2, 2024

Respectfully submitted,

DEACONESS HEALTHCARE HOLDINGS, INC.,

/s/ *Andrew S. Murphy*
Andrew S. Murphy (#24080244)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Phone: (312) 836-4145
Fax: (312) 527-4011
amurphy@taftlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: January 2, 2024

                                      */s/ Andrew S. Murphy*
                                      Andrew S. Murphy

                                      *Counsel for Defendant Hands of Compassion Home Care, LLC*