UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MARILYN CASTILLO and MELANIE MELENDEZ,<br><br>    Plaintiffs,<br><br>v.<br><br>HANDS OF COMPASSION HOME CARE, LLC; DEACONESS HEALTHCARE HOLDINGS, INC.; and KAREN VAHLBERG,<br><br>    Defendants. | Case No. 7:23-CV-00168<br><br>District Judge Counts<br><br>Magistrate Judge Griffin |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Deaconess Healthcare Holdings, Inc., submits this Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1. Defendant's full name is Deaconess Healthcare Holdings, Inc.

2. Defendant's parent company is The Deaconess Associations, Inc., an Ohio nonprofit corporation.

3. No publicly held corporation directly owns 10% or more of Defendant.

Date: January 2, 2024

Respectfully submitted,

DEACONESS HEALTHCARE HOLDINGS, INC.,

/s/ *Andrew S. Murphy*
Andrew S. Murphy (#24080244)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Phone: (312) 836-4145
Fax: (312) 527-4011
amurphy@taftlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date listed below, I filed the foregoing document with the Clerk of the Court using the Court's CM/ECF filing system, which will send notice of such filing to all counsel of record.

Date: January 2, 2024

                                                  */s/ Andrew S. Murphy*
                                                  Andrew S. Murphy

                                                  *Counsel for Defendant Deaconess Healthcare*
                                                  *Holdings, Inc.*