AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| MARILYN CASTILLO, MELANIE MELENDEZ, and all others similarly situated under 29 USC § 216(b), <br><br> *Plaintiff(s)* <br> v. <br> HANDS OF COMPASSION HOME CARE, LLC, LIFESPRING HOME CARE AND HOSPICE, LLC, DEACONESS HEALTHCARE HOLDINGS, INC. and KAREN VAHLBERG, <br><br> *Defendant(s)* | Civil Action No.   7:23-cv-168 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LifeSpring Home Care and Hospice, LLC
2411 Springer Drive Norman, Oklahoma 73069
by serving its Registered Agent, Cogency Global Inc.,
at 15205 Traditions Lake Parkway
Edmond, Oklahoma 73013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Fernando M. Bustos and Brandon C. Callahan
Bustos Law Firm, P.C.
1001 Main Street, Suite 501
Lubbock, Texas 79401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:  1/16/2024

Signature of Clerk or Deputy Clerk



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 7:23-cv-168

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>LIFESPRING HOME CARE AND HOSPICE, LLC</u> was received by me on *(date)* <u>1/18/2024</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>C/O COGENCY GLOBAL, INC, KAYLA SALSER, REGISTERED AGENT</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>LIFESPRING HOME CARE AND HOSPICE, LLC</u> on *(date)* <u>Fri, Jan 19 2024 at 12:54 pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/22/2024

*Server's signature*: [signed] Cindy Grammer

Cindy Grammer (PSS-21-02)

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc.: