**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | |
|---|---|
| MARILYN CASTILLO and<br>MELANIE MELENDEZ,<br><br>      Plaintiffs,<br><br>v.<br><br>HANDS OF COMPASSION HOME<br>CARE, LLC, LIFESPRING HOME<br>CARE AND HOSPICE, LLC,<br>DEACONESS HEALTHCARE<br>HOLDINGS, INC., and KAREN<br>VAHLBERG,<br><br>      Defendants. | Case No. 7:23-CV-00168<br><br>District Judge Counts<br><br>Magistrate Judge Griffin |

<u>**APPEARANCE OF COUNSEL**</u>

To:     The clerk of court and all parties of record

Benjamin S. Morrell, of the law firm Taft Stettinius & Hollister LLP, is admitted or otherwise authorized to practice in this court, and hereby enters his appearance on behalf of Defendants Hands of Compassion Home Care, LLC, LifeSpring Home Care and Hospice, LLC, Deaconess Healthcare Holdings, Inc., and Karen Vahlberg in this matter.

Filed: February 7, 2024

Respectfully submitted,

By: */s/ Benjamin S. Morrell*
Benjamin S. Morrell (TN Bar No. 035480)
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2600
Chicago, IL 60601
Telephone: (312) 527-4000
Facsimile: (312) 527-4011
bmorrell@taftlaw.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Date: February 7, 2024

By: _/s/ Benjamin S. Morrell_
Benjamin S. Morrell
*Counsel for Defendants*