UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MARILYN CASTILLO and MELANIE MELENDEZ,<br><br>      Plaintiffs,<br><br>v.<br><br>HANDS OF COMPASSION HOME CARE, LLC,<br><br>      Defendants. | Case No. 7:23-CV-00168<br><br>District Judge Counts<br><br>Magistrate Judge Griffin |

**JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING RECOMMENDATIONS**

The Parties, by and through their respective undersigned counsel, respectfully submit their proposed scheduling recommendations pursuant to the Court's March 1, 2024 order:

1.   Plaintiffs shall submit a written offer of settlement to opposing parties by April 12, 2024, and Defendant shall respond in writing by April 26, 2024.

2.   The parties shall file all motions to amend or supplemental pleadings or to join additional parties by April 12, 2024.

3.   Plaintiffs shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall **SERVE ON ALL PARTIES, BUT NOT FILE the materials required by Fed. R. Civ. P. 26(a)(2)(B)** by April 30, 2024. Defendant shall file its designation of potential witnesses, testifying experts, and proposed exhibits, and shall **SERVE ON ALL PARTIES, BUT NOT FILE the materials required by Fed. R. Civ. P. 26(a)(2)(B)** by June 14, 2024. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert. An objection to the reliability of an expert's proposed testimony under F. R. E. 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within

30 days of the expert's deposition, if a deposition is taken, whichever is later.

4. The parties shall complete discovery by July 28, 2024. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court, except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

5. All dispositive motions shall be filed by August 28, 2024. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to 20 pages in length.

6. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

|  |  |
|---|---|
| MARILYN CASTILLO and<br>MELANIE MELENDEZ<br><br>By: /s/ Brandon C. Callahan<br>Fernando M. Bustos; SBN: 24001819<br>fbustos@bustoslawfirm.com<br>Brandon C. Callahan; SBN: 24096175<br>bcallahan@bustoslawfirm.com<br>Matthew N. Zimmerman; SBN: 24100386<br>mzimmerman@butsoslawfirm.com<br>BUSTOS LAW FIRM, P.C.<br>P.O. Box 1980<br>Lubbock, Texas 79408-1980<br>(806) 780-3976 (806)<br>780-3800 FAX<br><br>*Counsel for Plaintiffs* | Respectfully submitted,<br><br>HANDS OF COMPASSION HOME CARE, LLC,<br><br>/s/ *Andrew S. Murphy*<br>Andrew S. Murphy (#24080244)<br>Benjamin S. Morrell (TN Bar No. 035480)<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive, Suite 2600<br>Chicago, IL 60601<br>Phone: (312) 527-4000<br>Fax: (312) 527-4011<br>amurphy@taftlaw.com<br><br>Layne Rouse (#24066007)<br>SHAFER, DAVIS, O'LEARY & STOKER<br>700 N. Grant, Ste. 201 (79761)<br>P.O. Drawer 1552<br>Odessa, TX 79760-1552<br>(432) 332-0893<br>Fax: (432) 333-5002<br>lrouse@shaferfirm.com<br><br>*Counsel for Defendant* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/ Andrew S. Murphy*
                                                  Andrew S. Murphy