UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

MARILYN CASTILLO and
MELANIE MELENDEZ,

    Plaintiffs,

v.

HANDS OF COMPASSION HOME
CARE, LLC,

    Defendants.

Case No. 7:23-CV-00168

District Judge Counts

Magistrate Judge Griffin

## SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the Court issues the following Scheduling Order:

1. Plaintiffs shall submit a written offer of settlement to opposing parties by April 12, 2024, and Defendant shall respond in writing by April 26, 2024.

2. The parties shall file all motions to amend or supplemental pleadings or to join additional parties by April 12, 2024.

3. Plaintiffs shall file their designation of potential witnesses, testifying experts, and proposed exhibits, and shall **SERVE ON ALL PARTIES, BUT NOT FILE the materials required by Fed. R. Civ. P. 26(a)(2)(B)** by April 30, 2024. Defendant shall file its designation of potential witnesses, testifying experts, and proposed exhibits, and shall **SERVE ON ALL PARTIES, BUT NOT FILE the materials required by Fed. R. Civ. P. 26(a)(2)(B)** by June 14, 2024. All designations of rebuttal experts shall be filed within 14 days of receipt of the report of the opposing expert. An objection to the reliability of an expert's proposed testimony under F. R.

E. 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within 30 days of receipt of the written report of the expert's proposed testimony, or within 30 days of the expert's deposition, if a deposition is taken, whichever is later.

4. The parties shall complete discovery by July 28, 2024. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court, except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

5. All dispositive motions shall be filed by August 28, 2024. Dispositive motions as defined in Local Rule CV-7(c) and responses to dispositive motions shall be limited to 20 pages in length.

6. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16(e)-(g).

SIGNED this 1st day of April, 2024.

_____
**UNITED STATES DISTRICT JUDGE**