**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **MARILYN CASTILLO and MELANIE MELENDEZ, individually and on behalf of all others similarly situated,** | § § § § | |
| *Plaintiffs,* | § § | **MO:23-CV-168-DC-RCG** |
| **v.** | § § | |
| **HANDS OF COMPASSION HOME CARE, LLC, et al.,** | § § § | |
| *Defendants.* | § | |

## ORDER SETTING STATUS CONFERENCE

This case is before the undersigned through a Standing Order pursuant to 28 U.S.C. § 636 and Appendix C of the Local Court Rules for the Assignment of Duties to United States Magistrate Judges. Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Court finds it necessary to set this case for a Status Conference.

Accordingly, it is hereby **ORDERED** that a hearing on the status of this case will be held on **Thursday, April 25, 2024 at 2:00 p.m.** via Zoom. The Court will supply the parties with the necessary Zoom meeting information via email within 24 hours of the scheduled hearing time.

**IT IS FURTHER ORDERED** that the parties confer and submit a Joint Report that addresses the following topics no later than **Tuesday, April 23, 2024:**

1. Are there any agreements or stipulations that can be made about any facts in this case or any element in the cause(s) of action?

2. State the parties' views and proposals on all items identified in Fed. R. Civ. P. 26(f)(3).

3. What, if any, discovery has been completed? What discovery remains to be done? Have the parties considered conducting discovery in phases?

4. What, if any, discovery disputes exist?

5. Have the parties discussed mediation?

6. Do the parties anticipate needing to complete preliminary discovery that will be necessary in aiding the Court's determination of whether a group of "employees" is "similarly situated"?

The Court will address the substance of the parties' Joint Report, among other topics at the Status Conference.

It is so **ORDERED**.

SIGNED this 11th day of April, 2024.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE