# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | |
|---|---|
| MARILYN CASTILLO, MELANIE MELENDEZ, BRITTANY ARMENDARIZ, and ESMERALDA ABALOS, | |
| Plaintiffs, | Case No. 7:23-CV-00168 |
| v. | District Judge Counts |
| HANDS OF COMPASSION HOME CARE, LLC, | Magistrate Judge Griffin |
| Defendant. | |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS

The Parties, by and through their respective undersigned counsel, jointly request that the Court extend the deadlines for completing discovery and filing dispositive motions in this case. In support of this motion, the Parties state as follows:

1. The current deadline for the Parties to complete discovery is July 28, 2024. The current deadline for the Parties to file dispositive motions is August 28, 2024. (D.E. 37 at 2.)

2. The Parties have engaged in settlement discussions and request additional time to do so, which may obviate the need for additional discovery and filing dispositive motions.

3. The Parties also request additional time to complete discovery and file dispositive motions in the event that settlement negotiations are unsuccessful.

4. Accordingly, the Parties request that the Court extend the deadline to complete discovery by 60 days, up to and including September 26, 2024, and extend the deadline to file dispositive motions by 60 days, up to and including October 28, 2024.

134164155v2

Respectfully submitted,

| | |
|---|---|
| MARILYN CASTILLO, MELANIE MELENDEZ, BRITTANY ARMENDARIZ, and ESMERALDA ABALOS | HANDS OF COMPASSION HOME CARE, LLC |
| By: /s/ *Brandon C. Callahan*<br>Fernando M. Bustos; SBN: 24001819<br>fbustos@bustoslawfirm.com<br>Brandon C. Callahan; SBN: 24096175<br>bcallahan@bustoslawfirm.com<br>Matthew N. Zimmerman; SBN: 24100386<br>mzimmerman@butsoslawfirm.com<br>BUSTOS LAW FIRM, P.C.<br>P.O. Box 1980<br>Lubbock, Texas 79408-1980<br>(806) 780-3976 (806) 780-3800 FAX<br><br>*Counsel for Plaintiffs* | /s/ *Andrew S. Murphy*<br>Andrew S. Murphy (#24080244)<br>Benjamin S. Morrell (TN Bar No. 035480)<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 E. Wacker Drive, Suite 2600<br>Chicago, IL 60601<br>Phone: (312) 527-4000<br>Fax: (312) 527-4011<br>amurphy@taftlaw.com<br><br>Layne Rouse (#24066007)<br>SHAFER, DAVIS, O'LEARY & STOKER<br>700 N. Grant, Ste. 201 (79761)<br>P.O. Drawer 1552<br>Odessa, TX  79760-1552<br>(432) 332-0893<br>Fax: (432) 333-5002<br>lrouse@shaferfirm.com<br><br>*Counsel for Defendant* |

134164155v2

## CERTIFICATE OF SERVICE

      I hereby certify that on July 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the electronic court filing system, which will provide notification of such filing to all counsel of record.

                                                /s/       *Andrew S. Murphy*

134164155v2